1  John T. Steffen (4390)
   Richard L. Doxey (9005)
2  HUTCHISON & STEFFEN, LLC
   Peccole Professional Park
3  10080 West Alta Drive, Suite 200
   Las Vegas, NV 89145
4  Tel:    (702) 385-2500
   Fax:    (702) 385-2086
5  jsteffen@hutchlegal.com
   rdoxey@hutchlegal.com
6
   *Attorneys for Defendants*
7
                    **UNITED STATES DISTRICT COURT**
8
                         **DISTRICT OF NEVADA**
9

10 BANK OF THE WEST, a California banking      ) CASE NO.:  2:13-CV-00159-APG-
   corporation,                               ) NJK
11                                            )
                    Plaintiff,                )
12                                            )
   vs.                                        )
13                                            ) **STIPULATION AND ORDER TO**
   LAWYERS TITLE INSURANCE                    ) **DISMISS**
14 CORPORATION, a Virginia corporation;       )
   LAWYERS TITLE OF NEVADA, INC., a           )
15 Nevada Corporation; and DOES 1-10,         )
   inclusive,                                 )
16                                            )
                                              )
17                 Defendants.                )
                                              )
18
        The Parties agree and stipulate, by and through their respective counsel, to dismiss the
19
   / / / /
20
   / / / /
21
   / / / /
22
   / / / /
23
   / / / /
24
   / / / /
25
   / / / /
26
   / / / /
27
   / / / /
28
   / / / /

1  above action with prejudice, each party bearing their own fees and costs.

2  COTTON, DRIGGS, WALCH,                    HUTCHISON & STEFFEN, LLC
   HOLLEY, WOLOSON & THOMPSON
3

4  /s/ Thomas F. Edwards                     /s/ Richard L. Doxey

5  Richard F. Holley, Esq.                   John T. Steffen (4390)
   Thomas F. Edwards, Esq.                   Richard L. Doxey (9005)
6  400 S. Fourth St., Third Floor            Peccole Professional Park
   Las Vegas, NV 89101                       10080 West Alta Drive, Suite 200
7  702-791-0308                              Las Vegas, NV 89145
   *Attorney for Plaintiff*                  Tel:    (702) 385-2500
8                                            Fax:    (702) 385-2086
                                             *Attorney for Defendants*
9

10

11

12                                           IT IS SO ORDERED:

13                                           UNITED STATES DISTRICT JUDGE

14

15                                           DATED: January 27, 2014.

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -