John T. Steffen (4390)
Richard L. Doxey (9005)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:     (702) 385-2500
Fax:    (702) 385-2086
jsteffen@hutchlegal.com
rdoxey@hutchlegal.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF THE WEST, a California banking corporation, | CASE NO.:  2:13-CV-00159-APG-NJK |
| Plaintiff, | |
| vs. | |
| LAWYERS TITLE INSURANCE CORPORATION, a Virginia corporation; LAWYERS TITLE OF NEVADA, INC., a Nevada Corporation; and DOES 1-10, inclusive, | **STIPULATION AND ORDER TO DISMISS** |
| Defendants. | |

The Parties agree and stipulate, by and through their respective counsel, to dismiss the

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

1    above action with prejudice, each party bearing their own fees and costs.

2

3    COTTON, DRIGGS, WALCH,         HUTCHISON & STEFFEN, LLC
HOLLEY, WOLOSON & THOMPSON

4    /s/ Thomas F. Edwards                 /s/ Richard L. Doxey

5    Richard F. Holley, Esq.                John T. Steffen (4390)
Thomas F. Edwards, Esq.             Richard L. Doxey (9005)

6    400 S. Fourth St., Third Floor        Peccole Professional Park
Las Vegas, NV 89101               10080 West Alta Drive, Suite 200

7    702-791-0308                       Las Vegas, NV 89145
*Attorney for Plaintiff*             Tel:     (702) 385-2500

8                                  Fax:     (702) 385-2086
                                 *Attorney for Defendants*

9

10

11

12                                  IT IS SO ORDERED:

13                                  UNITED STATES DISTRICT JUDGE

14

15                                  DATED: January 27, 2014.

16

17

18

19

20

21

22

23

24

25

26

27

28